STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 5 2000

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00188 SOM |
| | ) | |
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. §§ 841(a)(1), |
| | ) | 843(b), 846; 18 U.S.C. § 2] |
| GUSTAVO SANCHEZ, (01),) | | |
| TRACY GARCIA SANCHEZ, (02),) | | |
| BRIAN JOSHUA JONES, (03),) | | |
| aka "El Tigre," ) | | |
| LEROY MOLLENA, (04),) | | |
| ARTURO FLORES, (05),) | | |
| aka "El Bomba," ) | | |
| ENRIQUE REYES, (06),) | | |
| aka "Toribio," ) | | |
| GUILLERMO ALVAREZ, (07),) | | |
| aka "Willie," ) | | |
| LEOPOLDO CASTRO-LOPEZ, (08),) | | |
| aka "Polo," ) | | |
| SALVADOR CASTILLO, (09),) | | |
| aka "Chava," ) | | |
| HOLMAR HERNANDEZ, (10),) | | |
| aka "Omar," ) | | |
| ARMANDO MONTANO RODRIGUEZ,(11),) | | |
| aka "Camote," ) | | |
| aka "Teco," ) | | |
| VICTOR NAVAREZ, (12),) | | |
| BENITO MUNIZ-REYNA, (13),) | | |
| ) | | |
| _____ Defendants. ____ ) | | |

FIY

FIRST SUPERSEDING INDICTMENT

<u>COUNT 1</u>

The Grand Jury charges that:

From a date unknown, but from at least on or about May 1, 1999 to on or about May 3, 2000, in the District of Hawaii and elsewhere, the defendants GUSTAVO SANCHEZ, TRACY GARCIA SANCHEZ, BRIAN JOSHUA JONES, aka "El Tigre," LEROY MOLLENA, ARTURO FLORES, aka "El Bomba," ENRIQUE REYES, aka "Toribio," GUILLERMO ALVAREZ, aka "Willie," LEOPOLDO CASTRO-LOPEZ, aka "Polo," SALVADOR CASTILLO, aka "Chava," HOLMAR HERNANDEZ, aka "Omar," ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," VICTOR NAVAREZ, and BENITO MUNIZ-REYNA did conspire together with each other and with Felipe Ruiz-Castro, Francisco Mora-Garcia, Manuel Javier Rodrigues-Martinez, aka "Javier," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Luis Vasquez, Randall Ramelb, aka "Randy," Martin Mora-Garcia, aka "Martin Arreaga," aka "El Burro," aka "Manny," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Basilia Salamanca, Jesus Martin Reyes Mojardin, aka "The Man," Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, Sabino Albarran, aka "Pelon," Antonio Mora-Garcia, aka "Tono," Pablo Romero, aka "Pablo Gilberto Romero-Flores," aka "Sonny," Adrian Barahona, aka "Cuevas," aka "Covachas," Thomas Marino, Sr., Ana Marino, Tomas Marino, Jr., Mona Hiiaca Huihui aka "Jiaca," Karla Kahau, Miguel Gaytan Perez, aka "Pato," Juan Hernandez, aka "Juan Luis," aka "Piolas," Isidro Lnu, aka "Michael Reyes," Joaquin Aguilar, aka "Negro," aka "Cacharpas,"

2

Brian Paschoal, Pedro Jiminez, Fernando Rios, Laurie Horswill-Smith, aka "Mola," Pualani Horswill, aka "Pua," Wendy Bettis, Romeo Antonio Castro-Avalos, aka "Antonio Perez," aka "Tony," aka "Salvadoran," Ismael Rocha-Manzanarez, aka "Ivan Leyva-Mansares," aka "Mayelo," Fermin Rivera, Alma Rosie Rodriguez, aka "Rosie," Raul LNU, Hipolito LNU, aka "Poli," Alvaro LNU, aka "Guero," Carlos Guerrero, aka "Pepechin," Casey Smythe, aka "K.C.," Robert Mahoney, Carlos Reyes-Castro, aka "Sergio," aka "Carlos," and Eduardo Velasco, aka "Carlos Perez-Garcia," not defendants herein, and with other persons unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, to distribute and possess with intent to distribute heroin, a Schedule I controlled substance, to distribute and possess with intent to distribute crystal methamphetamine - "ice," a Schedule II controlled substance, and to distribute and possess with intent to distribute marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>Ways and Means of Accomplishing the Conspiracy</u>

1)    The Ruiz-Mora drug distribution organization consisted of a group of individuals who obtained cocaine, heroin, crystal methamphetamine - "ice," and marijuana from the West Coast of the U.S. mainland, from Mexico and from Hawaii for

distribution in Hawaii, and who distributed cocaine, heroin, crystal methamphetamine - "ice," and marijuana in Hawaii.

2)    Jesus Martin Reyes Mojardin, aka "The Man," Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Fermin Pena and Fermin Rivera supplied cocaine and heroin to the co-conspirators named in this Indictment.

3)    Jorge Casas, aka "Jorge Cano," aka "George," Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, and LEOPOLDO CASTRO-LOPEZ, aka "Polo," supplied crystal methamphetamine - "ice" to the co-conspirators named in the indictment.

a)    Brian Paschoal and VICTOR NAVAREZ supplied marijuana to the co-conspirators named in the indictment.

4)    Various co-conspirators, acting as drug couriers, traveled between Hawaii and the West Coast of the United States and Mexico (a) to obtain and deliver cocaine and heroin supplied by Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jesus Martin Reyes Mojardin, aka "The Man," Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, Fermin Rivera, and others to the Ruiz-Mora drug distribution organization, and (b) to deliver United States currency to Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jesus Martin Reyes Mojardin, aka

4

"The Man," Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," JORGE CASAS, aka "Jorge Cano," aka "George," Leah Cardenas, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Fermin Pena, Fermin Rivera and others in payment for the cocaine and marijuana.

    5)    Mona Hiiaca Huihui, aka "Jiaca," Karla Kahau, and Adrian Barahona, aka "Cuevas," aka "Covachas," traveled from Hawaii to the West Coast of the United States and Mexico for the purpose of obtaining cocaine and heroin for distribution in Hawaii.

    6)    Defendant BRIAN JOSHUA JONES, aka "El Tigre," and Eduardo Velasco, aka "Carlos Perez-Garcia," traveled from the West Coast of the United States to Hawaii to supply the Ruiz-Mora organization with cocaine, heroin, and crystal methamphetamine - "ice."

    7)    Co-conspirators Marcia Solano and Miriam Espinosa traveled from the West Coast of the United States to Hawaii for the purpose of delivering cocaine to Hawaii and carrying U.S. currency back to the West Coast of the United States.

    8)    In this way, Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jesus Martin Reyes Mojardin, aka "The Man," Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Fermin Pena, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," and Fermin Rivera during the existence of the conspiracy, supplied and attempted to supply the Ruiz-Mora drug distribution

5

organization with kilogram quantities of cocaine, ounces of heroin and pound quantities of crystal methamphetamine - "ice," for distribution in Hawaii.

9)    Once cocaine, heroin, crystal methamphetamine - "ice," and marijuana, supplied by Francisco Servin-Soto, aka "Pancho," Jessica Guzman-Soto, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," Jorge Casas, aka "Jorge Cano," aka "George," Leah Cardenas, Fermin Rivera and Fermin Pena, arrived in Hawaii, various members of the Ruiz-Mora drug distribution organization repackaged the quantities of cocaine, heroin, crystal methamphetamine - "ice," and marijuana into smaller quantities for distribution and distributed quantities of that cocaine, heroin, crystal methamphetamine - "ice," and marijuana in Hawaii to purchasers, usually in ounce and gram quantities.

10)    Felipe Ruiz-Castro and Francisco Mora-Garcia used La Fogata Mexican Restaurant in Lahaina to store cocaine, heroin, crystal methamphetamine - "ice," and marijuana.

11)    The co-conspirators distributed cocaine, heroin, crystal methamphetamine - "ice," and marijuana on Maui, Oahu, Kauai and the Island of Hawaii for cash.

12)    The co-conspirators concealed the income and assets derived from the sale of controlled substances through the use of wire transfers of U.S. currency.

13)    The co-conspirators used long distance telephone calls, telephone pagers and cellular telephones to arrange for

the distribution of cocaine, heroin, crystal methamphetamine - "ice," and marijuana.

<u>Overt Acts</u>

In furtherance of and in order to accomplish the objects of this conspiracy, the defendants and their co-conspirators performed overt acts in the District of Hawaii and elsewhere, including but not limited to the following:

1.    On or about May 19, 1999, Manuel Javier Rodrigues-Martinez, aka "Javier," distributed a quantity of heroin in Lahaina, Maui for $2,800.

2.    On or about August 30, 1999, Felipe Ruiz-Castro distributed a quantity of cocaine in Lahaina, Maui for $1,000.

3.    On or about November 30, 1999, Felipe Ruiz-Castro distributed a quantity of cocaine in Lahaina, Maui for $3,000.

4.    On or about December 10, 1999, Francisco Servin-Soto, aka "Pancho," telephoned Marcia Solano and discussed a trip to Hawaii.

5.    On or about December 13, 1999, Francisco Servin-Soto, aka "Pancho," telephoned Basilia Salamanca and discussed the transportation of a quantity of cocaine from California to Hawaii by two women couriers.

6.    On or about December 14, 1999, Francisco Servin-Soto, aka "Pancho," made a long distance telephone call

7

from Pomona, California to Felipe Ruiz-Castro in Lahaina, Maui,
Hawaii and discussed the purchase of airline tickets.

       7.   On or about December 14, 1999, Jessica
Guzman-Soto called Marcia Solano, not a defendant herein, and
discussed carrying a quantity of cocaine from California to
Hawaii.

       8.   On or about December 15, 1999, Francisco
Servin-Soto, aka "Pancho," drove Marcia Solano and Miriam
Espinosa, not defendants herein, to Los Angeles International
Airport.

       9.   On or about December 15, 1999, Marcia Solano
and Miriam Espinosa, not defendants herein, transported
approximately two pounds of cocaine on board a United Airlines
flight to Kahului, Maui.

      10.   On or about December 16, 1999, Basilia
Salamanca telephoned Francisco Servin-Soto, aka "Pancho," and
discussed the arrest of Marcia Solano and Miriam Espinosa by the
police on Maui, Hawaii.

      11.   On or about December 22, 1999, Felipe Ruiz-
Castro telephoned Francisco Servin-Soto, aka "Pancho," and
discussed the arrest of Marcia Solano by the police in Maui,
Hawaii.

      12.   On or about December 27, 1999, Raquel Salazar
Salazar, aka "Don Alberto," aka "Don Roberto," telephoned
Francisco Servin-Soto, aka "Pancho," and discussed the arrest of
Marcia Solano and Miriam Espinosa in Hawaii and the payment of

monies owed for the cocaine provided to Francisco Servin-Soto and transported to Maui, Hawaii by Marcia Solano and Miriam Espinosa.

13.  On or about December 29, 1999, Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," telephoned Francisco Servin-Soto, aka "Pancho," and discussed taking precautions to avoid apprehension by the police.

14.  On or about January 9, 2000, Raquel Salazar Salazar, aka "Don Alberto," aka "Don Roberto," telephoned Francisco Servin-Soto, aka "Pancho," and discussed the payment of monies owed for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

15.  On or about January 13, 2000, Jesus Martin Reyes Mojardin, aka "The Man," telephoned Francisco Servin-Soto, aka "Pancho," and discussed the payment of monies owed by Francisco Servin-soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

16.  On or about January 18, 2000, Jesus Martin Reyes Mojardin, aka "The Man," telephoned Jessica Guzman-Soto and discussed the payment of monies owed by Francisco Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

17.  On or about January 19, 2000, Jesus Martin Reyes Mojardin, aka "The Man," telephoned Jessica Guzman-Soto and discussed the payment of monies owed by Francisco Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

18.  On or about January 25, 2000, Jesus Martin Reyes Mojardin, aka "The Man," telephoned Jessica Guzman-Soto and discussed the payment of monies owed by Francisco Servin-Soto, aka "Pancho," for the cocaine transported to Maui, Hawaii by Solano and Espinosa.

19.  On or about January 25, 2000, Francisco Servin-Soto, aka "Pancho," telephoned Jessica Guzman-Soto and discussed the payment of monies to Jesus Martin Reyes Mojardin, aka "The Man," for the cocaine transported to Maui, Hawaii.

20.  On or about February 9, 2000, defendant ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," arranged a wire transfer of $2,000 to Mexico.

21.  On or about February 10, 2000, Jorge Casas, aka "Jorge Cano," aka "George," telephoned Felipe Ruiz-Castro and discussed the transfer of a sum of money from Hawaii to California.

22.  On or about February 10, 2000, Felipe Ruiz-Castro instructed Sabino Albarran, aka "Pelon," to tell Adrian Barahona, aka "Cuevas," aka "Covachas," to prepare to travel to California.

23.  On or about February 10, 2000, Adrian Barahona, aka "Cuevas," aka "Covachas," traveled to California carrying a large quantity of cash.

24.  On or about February 11, 2000, Felipe Ruiz-Castro telephoned Jorge Casas, aka "Jorge Cano," aka "George,"

10

and discussed the transport of a sum of money to California by an associate.

25. On or about February 11, 2000, Felipe Ruiz-Castro Telephoned Thomas Marino, Sr. and discussed the sale of a quantity of drugs.

26. On or about February 11, 2000, Felipe Ruiz-Castro telephoned Ana Marino and discussed the sale of a quantity of drugs.

27. On or about February 11, 2000, Francisco Mora-Garcia telephoned Felipe Ruiz-Castro and discussed the transfer of a sum of money to California.

28. On or about February 14, 2000, defendant BRIAN JOSHUA JONES, aka "El Tigre," traveled to Maui.

29. On or about February 15, 2000, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," called Felipe Ruiz-Castro on the telephone.

30. On or about February 24, 2000, defendant ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," called Felipe Ruiz-Castro on the telephone.

31. On or about February 24, 2000, Jose Angel Lemon-Pena, aka "Valerio," aka "Koki," called Felipe Ruiz-Castro on the telephone.

32. On or about February 24, 2000, Sabino Albarran, aka "Pelon," distributed approximately eight ounces of cocaine.

11

33.    On or about February 28, 2000, Pedro Jiminez and Fernando Rios transported approximately one ounce of crystal methamphetamine - "ice," and $25,000 in U.S. currency to Phoenix, Arizona.

34.    On or about February 29, 2000, Adrian Barahona, aka "Cuevas," aka "Covachas," transported approximately 50 grams of crystal methamphetamine - "ice," to Kona, Hawaii from Maui.

35.    On or about March 22, 2000, Mona Hiiaca Huihui, aka "Jiaca," and Karla Kahau traveled to Las Vegas, Nevada to obtain a quantity of crystal methamphetamine - "ice."

36.    On or about March 30, 2000, Mona Hiiaca Huihui, aka "Jiaca," and Karla Kahau carried approximately two pounds of crystal methamphetamine - "ice," through the Las Vegas, Nevada airport.

37.    On or about April 16, 2000, defendant BRIAN JOSHUA JONES, aka "El Tigre," transported approximately six kilograms of cocaine from California to Honolulu, Hawaii.

38.    On or about April 27, 2000, Eduardo Velasco, aka "Carlos Perez-Garcia," transported approximately 140 grams of crystal methamphetamine - "ice," from California to Kahului, Maui.

All in violation of Title 21, United States Code, Section 846.

12

<u>COUNT 2</u>

The Grand Jury further charges that:

On or about February 11, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ARTURO FLORES, aka "El Bomba," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 3</u>

The Grand Jury further charges that:

On or about February 12, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ENRIQUE REYES, aka "Toribio," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

13

## COUNT 4

The Grand Jury further charges that:

On or about February 16, 2000, in the District of Hawaii, defendant BRIAN JOSHUA JONES, aka "El Tigre," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 5

The Grand Jury further charges that:

On or about February 18, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ENRIQUE REYES, aka "Toribio," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

14

COUNT 6

The Grand Jury further charges that:

On or about February 22, 2000, in the District of Hawaii, defendant BRIAN JOSHUA JONES, aka "El Tigre," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 7

The Grand Jury further charges that:

On or about February 23, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant GUILLERMO ALVAREZ, aka "Willie," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

15

COUNT 8

The Grand Jury further charges that:

On or about February 24, 2000, in the District of Hawaii, defendant ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 9

The Grand Jury further charges that:

On or about February 28, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant VICTOR NAVAREZ used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

16

<u>COUNT 10</u>

The Grand Jury further charges that:

On or about February 28, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant VICTOR NAVAREZ, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 11</u>

The Grand Jury further charges that:

On or about February 29, 2000, in the District of Hawaii, LEOPOLDO CASTRO-LOPEZ, aka "Polo," Adrian Barahona, aka "Cuevas," aka "Covachas," Felipe Ruiz-Castro, Sabino Albarran, aka "Pelon, and ISIDRO LNU did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of crystal methamphetamine - "ice," in excess of 50 grams, to wit, approximately 56 grams of crystal methamphetamine - "ice," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

17

<u>COUNT 12</u>

The Grand Jury further charges that:

On or about March 2, 2000, in the District of Hawaii, defendant SALVADOR CASTILLO, aka "Chava," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 13</u>

The Grand Jury further charges that:

On or about March 2, 2000, in the District of Hawaii, defendant SALVADOR CASTILLO, aka "Chava," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

18

<u>COUNT 14</u>

The Grand Jury further charges that:

On or about March 5, 2000, in the District of Hawaii, defendant ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," and Francisco Mora-Garcia, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 15</u>

The Grand Jury further charges that:

On or about March 7, 2000, in the District of Hawaii, defendant HOLMAR HERNANDEZ, aka "Omar," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 16</u>

The Grand Jury further charges that:

On or about March 7, 2000, in the District of Hawaii, defendant LEOPOLDO CASTRO-LOPEZ, aka "Polo," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 17</u>

The Grand Jury further charges that:

On or about March 10, 2000, in the District of Hawaii, defendants GUSTAVO SANCHEZ, TRACY GARCIA SANCHEZ and Francisco Mora-Garcia, aka "Pancho," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 18</u>

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii,
Felipe Ruiz-Castro and defendant SALVADOR CASTILLO, aka "Chava,"
used and caused to be used a communications facility, that is, a
telephone, in causing or facilitating the commission of a
conspiracy to distribute cocaine, heroin, crystal methamphetamine
- "ice," and marijuana, all controlled substances, a felony under
Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 19</u>

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii,
defendant LEROY MOLLENA and Felipe Ruiz-Castro used and caused to
be used a communications facility, that is, a telephone, in
causing or facilitating the commission of a conspiracy to
distribute cocaine, heroin, crystal methamphetamine - "ice," and
marijuana, all controlled substances, a felony under Title 21,
United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

<u>COUNT 20</u>

The Grand Jury further charges that:

On or about March 17, 2000, in the District of Hawaii,
defendant HOLMAR HERNANDEZ, aka "Omar," and Felipe Ruiz-Castro

21

used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 21

The Grand Jury further charges that:

On or about March 26, 2000, in the District of Hawaii, defendant HOLMAR HERNANDEZ, aka "Omar," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT 22

The Grand Jury further charges that:

On or about March 27, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ARMANDO MONTANO RODRIGUEZ, aka "Camote," aka "Teco," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine,

22

heroin, crystal methamphetamine - "ice," and marijuana, all
controlled substances, a felony under Title 21, United States
Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 23

The Grand Jury further charges that:

On or about March 29, 2000, in the District of Hawaii,
defendant LEROY MOLLENA and Felipe Ruiz-Castro used and caused to
be used a communications facility, that is, a telephone, in
causing or facilitating the commission of a conspiracy to
distribute a quantity of cocaine, heroin, crystal methamphetamine
- "ice," and marijuana, all controlled substances, a felony under
Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code,
Section 843(b).

COUNT 24

The Grand Jury further charges that:

On or about April 5, 2000, in the District of Hawaii,
defendant LEROY MOLLENA and Felipe Ruiz-Castro used and caused to
be used a communications facility, that is, a telephone, in
causing or facilitating the commission of a conspiracy to
distribute cocaine, heroin, crystal methamphetamine - "ice," and
marijuana, all controlled substances, a felony under Title 21,
United States Code, Section 846.

23

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 25

The Grand Jury further charges that:

On or about April 13, 2000, defendant BRIAN JOSHUA JONES, aka "El Tigre," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, in excess of 5000 grams, that is, approximately six kilograms of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 26

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii and elsewhere, Felipe Ruiz-Castro, Jorge Casas, aka "Jorge Cano," aka "George," and defendant BRIAN JOSHUA JONES, aka "El Tigre," did knowingly and intentionally aid and abet each other in the possession with intent to distribute a quantity of cocaine, in excess of 5000 grams, that is, approximately six (6) kilograms of cocaine, a Schedule II controlled substance. The defendant knew and intended the cocaine would be distributed in Hawaii.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

24

<u>COUNT 27</u>

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, defendant GUILLERMO ALVAREZ, aka "Willie," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 28</u>

The Grand Jury further charges that:

On or about April 15, 2000, in the District of Hawaii, defendant GUILLERMO ALVAREZ, aka "Willie," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 29</u>

The Grand Jury further charges that:

On or about April 16, 2000, in the District of Hawaii, FELIPE RUIZ-CASTRO and defendant GUSTAVO SANCHEZ used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 30</u>

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii, defendant GUSTAVO SANCHEZ and Carlos Reyes-Castro, aka "Sergio," aka "Carlos," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

26

<u>COUNT 31</u>

The Grand Jury further charges that:

On or about April 17, 2000, in the District of Hawaii, defendant LEROY MOLLENA and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 32</u>

The Grand Jury further charges that:

On or about April 18, 2000, in the District of Hawaii, Felipe Ruiz-Castro and defendant ARTURO FLORES, aka "El Bomba," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

27

COUNT 33

The Grand Jury further charges that:

On or about April 19, 2000, in the District of Hawaii, the defendants ENRIQUE REYES, aka "Toribio," GUSTAVÓ SANCHEZ and TRACY GARCIA SANCHEZ, used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 34

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii and elsewhere, defendant ENRIQUE REYES, aka "Toribio," and Jorge Casas, aka "Jorge Cano," aka "George," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

28

<u>COUNT 35</u>

The Grand Jury further charges that:

On or about April 20, 2000, in the District of Hawaii, defendant ENRIQUE REYES, aka "Toribio" used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 36</u>

The Grand Jury further charges that:

On or about April 22, 2000, in the District of Hawaii, Francisco Mora-Garcia, aka "Pancho," and defendant ARTURO FLORES, aka "El Bomba," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

29

<u>COUNT 37</u>

The Grand Jury further charges that:

On or about April 25, 2000, in the District of Hawaii, defendants ENRIQUE REYES, aka "Toribio," GUSTAVO SANCHEZ, TRACY GARCIA SANCHEZ and Carlos Reyes-Castro, aka "Sergio,", aka "Carlos," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

<u>COUNT 38</u>

The Grand Jury further charges that:

On or about April 25, 2000, in the District of Hawaii, defendants TRACY GARCIA SANCHEZ, GUSTAVO SANCHEZ and Carlos Reyes-Castro, aka "Sergio," aka "Carlos," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a distribution of a quantity of cocaine, heroin, crystal methamphetamine - "ice," and marijuana, all controlled substances, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 39

The Grand Jury further charges that:

On or about April 29, 2000, in the District of Hawaii, defendants GUSTAVO SANCHEZ, TRACY GARCIA SANCHEZ and Carlos Reyes-Castro, aka "Sergio," aka "Carlos," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a possession with intent to distribute a quantity of marijuana, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, a felony under Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 40

The Grand Jury further charges that:

On or about May 2, 2000, in the District of Hawaii, defendant LEOPOLDO CASTRO-LOPEZ, aka "Polo," used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

31

COUNT 41

The Grand Jury further charges that:

On or about May 3, 2000, in the District of Hawaii, defendant GUILLERMO ALVAREZ, aka "Willie," and Felipe Ruiz-Castro used and caused to be used a communications facility, that is, a telephone, in causing or facilitating the commission of a conspiracy to distribute a quantity of cocaine and crystal methamphetamine - "ice," Schedule II controlled substances, and heroin, a Schedule I controlled substance, a felony under Title 21, United States Code, Section 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT 42

The Grand Jury further charges that:

On or about May 4, 2000, in the District of Hawaii, defendant SALVADOR CASTILLO did knowingly and intentionally possess with intent to distribute approximately one ounce of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT 43

The Grand Jury further charges that:

On or about May 4, 2000, in the District of Hawaii, defendant BENITO MUNIZ-REYNA did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

32

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _____25 May 2000_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Gustavo Sanchez
Cr. No. 00-00188 SOM
First Superseding Indictment

33